UNITED STATES DISTRIT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CODY LEAVITT,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>DWIGHT NEVEN, et al.,<br><br>　　　　　　Respondents. | Case No. 2:12-cv-00838-MMD-NJK<br><br>ORDER |

　　　Cody Leavitt, a Nevada prisoner, has submitted a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254.  Before the Court is petitioner's motion for extension of time to file his response to respondents' motion to dismiss (dkt. no. 23).  Good cause appearing, petitioner's motion is granted.

　　　IT IS THEREFORE ORDERED that petitioner's motion for extension of time to file his response to the motion to dismiss (dkt. no. 23) is GRANTED.  Petitioner shall file his response within thirty (30) days of the date of entry of this order.

　　　DATED THIS 18th day of April 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE